# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

August 08, 2018

U c

RECEIVED

AUG 15 2018

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3165061 for $6,691.42 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| SHEREE LASHON STALLWORTH<br>12-32888-WRS | WEBBANK/FINGERHUT<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN, 56303 | $12.90 |
| PAMELA RENAE LINDSEY<br>12-12064-WRS | PAMELA RENAE LINDSEY<br>406 RIVERSIDE DR<br>EUFAULA, AL, 36027 | $3.42 |
| KENDALL WAYNE THOMAS<br>12-33015-WRS | SPRINGLEAF FINANCIAL SVC<br>P O BOX 971<br>EVANSVILLE, IN, 47706-0971 | $241.77 |
| MICHAEL T HALL<br>TAMMY L HALL<br>12-81829-WRS | INTERSTATE VALLEY TELEPHONE<br>THE ADJUSTMENT AGENCY<br>217B N LANIER AVE<br>LANETT, AL, 36863 | $18.01 |
| CHARLIE ELLENBURG<br>BARBARA ELLENBURG<br>12-33158-WRS | WEBBANK/FINGERHUT<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN, 56303 | $49.58 |
| CHRISTINE WILLIAMS<br>12-33166-WRS | REGIONAL MANAGEMENT CORP<br>P O BOX 776<br>MAULDIN, SC, 29662 | $36.91 |

RECEIPT #: 6014798
6014800
6014801
6014799

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| DOROTHY MILINER<br>12-33287-WRS | CITIFINANCIAL<br>P O BOX 70923<br>CHARLOTTE, NC, 28272-0923 | $5.32 |
| DOROTHY MILINER<br>12-33287-WRS | TRICO FINANCIAL SVC<br>P O BOX 781301<br>TALLASSEE, AL, 36078 | $13.44 |
| JOEY LEE MCALPINE<br>13-80206-WRS | JOEY LEE MCALPINE<br>211 WOODLAND DR<br>PHENIX CITY, AL, 36869 | $1.10 |
| SHIRLEY ANN EVANS<br>13-30858-WRS | AA CAC OF AL INC D/B/A ADVANCE AMERICA<br>135 N CHURCH ST<br>SPARTANBURG, SC, 29306 | $21.76 |
| MIAH DIANNE DRAKE<br>13-31246-WRS | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $71.03 |
| DARRELL BARRY COPELAND<br>ROSALIND RENEE COPELAND<br>13-80794-WRS | DEPARTMENT STORES NATIONAL BANK<br>C/O NCO FINANCIAL SYSTEMS INC<br>P O BOX 4275<br>NORCROSS, GA, 30091 | $5.72 |
| KENNETH EVAN BUTLER<br>13-31492-WRS | KENNETH EVAN BUTLER<br>1834 CO RD 57<br>PRATTVILLE, AL, 36067 | $136.00 |
| PAULINE STEPHENS<br>13-31502-WRS | PAULINE STEPHENS<br>2475 WINDING CREEK DR<br>LITHIA SPRINGS, GA, 30122 | $2.44 |
| REKEYIAS RENARDA DAWSON<br>13-11185-WRS | REKEYIAS RENARDA DAWSON<br>417 3RD AVE APT 3<br>DOTHAN, AL, 36301 | $29.23 |
| TRACY MARTIN<br>BRITTANY MARTIN<br>13-11246-WRS | WIREGRASS FEDERAL CREDIT UNION<br>326 HONEYSUCKLE RD<br>DOTHAN, AL, 36305-4517 | $161.45 |
| SHAMEL LATRICE RICHMOND<br>13-81014-WRS | VANDELIER GROUP LLC<br>P O BOX 411056<br>KANSAS CITY, MO, 64141 | $200.00 |
| RASHAD KENARD LANDON<br>13-31883-WRS | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $31.52 |
| RANDY LAMAR GLANTON<br>CHARLENE WALKER GLANTON<br>13-11812-WRS | COMPLETE CASH<br>309 WEST 10TH ST<br>ROME, GA, 30165 | $71.30 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| SYLVESTER RASHAD LARKIN<br>13-32968-WRS | SYLVESTER RASHAD LARKIN<br>1165 OSBORNE LANE<br>TALLASSEE, AL, 36078 | $164.87 |
| RICHARD E WEARY<br>13-32993-WRS | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $410.50 |
| MARION BROCK III<br>13-33074-WRS | CASH MART INC<br>57 N BURBANK DR<br>MONTGOMERY, AL, 36117 | $310.33 |
| JAMIE PAYNE<br>13-81765-WRS | JAMIE PAYNE<br>147 PIEDMONT DR<br>CAMP HILL, AL, 36850 | $185.00 |
| LEDARIANE NASHANN MOORE<br>14-30090-WRS | EMERGI CASH CORP<br>5925 CARMICHAEL RD STE A<br>MONTGOMERY, AL, 36117 | $4.94 |
| PHIL GRAYS<br>14-30114-WRS | PHIL GRAYS<br>7709 COPPERFIELD DR<br>MONTGOMERY, AL, 36117 | $1.74 |
| VICKIE MOTLEY JONES<br>14-30232-WRS | EDUCATIONAL LOAN SOLUTIONS LLC<br>P O BOX 11590<br>ROCK HILL, SC, 29732 | $4.95 |
| KATRINA G GARRETT<br>14-30328-WRS | KATRINA G GARRETT<br>107 DANYA DR<br>PRATTVILLE, AL, 36067 | $1.70 |
| GLORIA BRUCE YOUNG<br>14-30350-WRS | GLORIA BRUCE YOUNG<br>601 PLANTATION WAY<br>MONTGOMERY, AL, 36109 | $1.56 |
| BRIAN MARK FLEMINGS<br>14-81259-WRS | OCWEN LOAN SERVICING LLC<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br>WEST PALM BEACH, FL, 33409 | $2,081.43 |
| TERICA L CROSKY<br>14-33314-WRS | TERICA L CROSKY<br>1652 S YARBROUGH COURT<br>MONTGOMERY, AL, 36110 | $0.55 |
| MITZI JAMES<br>15-80055-WRS | MITZI JAMES<br>4809 CUSSETA RD<br>LANETT, AL, 36863-5709 | $80.00 |
| J D ROBINSON<br>LILLIE ROBINSON<br>15-30215-WRS | WINSTAR REALTY INC<br>1533 JEAN ST<br>MONTGOMERY, AL, 36107 | $23.02 |

- 4 -

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JAMES REED<br>15-30342-WRS | JAMES REED<br>1105 S MCDONOUGH ST<br>MONTGOMERY, AL,  36104 | $687.50 |
| TAMERA P HARRELL<br>16-31091-WRS | TAMERA P HARRELL<br>100 JOSEPHINE LANE APT 1104<br>MONTGOMERY, AL,  36117 | $6.20 |
| BARON K GRAY<br>17-80519-WRS | BARON K GRAY<br>1985 ELKAHATCHEE RD<br>ALEXANDER CITY, AL,  35010 | $35.00 |
| WENDY MICHELLE SANCHEZ<br>17-10967-WRS | WENDY MICHELLE SANCHEZ<br>1 FOREST HILL DR<br>DALEVILLE, AL,  36322 | $463.46 |
| L C COMBS<br>17-80787-WRS | L C COMBS<br>102 1ST ST<br>LANETT, AL,  36863-2057 | $1,114.44 |
| SHEMEKIA RENEE CORE<br>17-80852-WRS | SHEMEKIA RENEE CORE<br>711 VETERANS MEMORIAL PKWY<br>LANETT, AL,  36863 | $1.33 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH